# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY DONNELL KING,<br><br>      Plaintiff,<br><br>  v.<br><br>M. STANE,<br><br>      Defendant. | Case No. 1:17-cv-01660-AWI-EPG (PC)<br><br>ORDER DIRECTING PARTIES TO PARTICIPATE IN A SETTLEMENT CONFERENCE |

Larry King ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action filed pursuant to 42 U.S.C. § 1983.

The Court attempted to hold the initial scheduling conference on December 17, 2018, but Plaintiff failed to appear.

In preparation for the initial scheduling conference, the Court reviewed the statements from the parties. Both parties indicated they wish to participate in a settlement conference. (ECF No. 23, p. 2) ("Plaintiff… is willing to participate in settlement conference when available"); (ECF No. 22, p. 7) ("Sergeant Stane believes that a settlement conference would be beneficial. Defense counsel has already reached out to King, who has agreed that a settlement conference would be beneficial."). The Court also notes that Defendant states that it has also produced a substantial production of documents relevant to this dispute, which will aid such a conference. (see id. at 5). Accordingly, before going forward with a schedule for the case, the Court will set a settlement conference at this time.

Accordingly, IT IS HEREBY ORDERED that defense counsel shall contact ADR Coordinator Sujean Park (spark@caed.uscourts.gov) by December 21, 2018, to select a date for the settlement conference. Order(s) setting the settlement conference and setting forth the procedures will follow shortly thereafter.

If the case does not settle the Court will reschedule the initial scheduling conference.

IT IS SO ORDERED.

Dated: **December 18, 2018**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE